**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**TERRY MIKOLAJCZAK,**
**Individually and on behalf of all others**
**Similarly situated**                                                                         **PLAINTIFFS**

**V.**                                            **4:19CV00290 JM**

**FAMILIES, INC. OF ARKANSAS**                                              **DEFENDANT**

## ORDER

The parties' joint motion to dismiss with prejudice, docket #9, is GRANTED.  For good

cause shown, this action is dismissed with prejudice.  The Clerk is directed to close the case.

IT IS SO ORDERED this 18th  day of February, 2020.

_____
James M. Moody Jr.
United States District Judge